IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Action No.   00-cr-00264-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

VERNON TYRONE LEWIS,

       Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


  A supervised release hearing is set for August 23, 2010, at 2:30 p.m. in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED: August 9, 2010