IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00264-RPM-01

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

VERNON TYRONE LEWIS,

   Defendant.

---

ORDER CONTINUING SUPERVISED RELEASE

---

  THIS MATTER was before the Court for a supervised release violation hearing on March 11, 2011, upon report by the probation officer that Defendant had violated the terms and conditions of his supervision. The Defendant admits to violations 1, 2, and 3. The Court considers violations 1 and 2 as one (1) violation, and acknowledges the defendant's admission of guilt to combined violation 1, and 3 as alleged. Accordingly, it is

  ORDERED that Defendant's term of supervised release is continued under the original order of this Court.

  DATED at Denver, Colorado, this 21st day of March, 2011.

          BY THE COURT:

          _____
          Richard P. Matsch
          Senior District Judge