IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00264-RPM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

VERNON TYRONE LEWIS,

       Defendant.

---

ORDER CONTINUING SUPERVISED RELEASE

---

       THIS MATTER was before the Court for a supervised release violation hearing on December 15, 2011, upon report by the probation officer that Defendant had violated the terms and conditions of his supervision. The Defendant admits to violations 1, 2, and 3. Accordingly, it is

       ORDERED that Defendant's term of supervised release is continued under the original order of this Court with an additional special condition that he complete 40 hours of community service according to a plan to be proposed by the defendant for approval by the Court.

       DATED at Denver, Colorado, this 23rd day of December, 2011.

                          BY THE COURT:

                          _____
                          RICHARD P. MATSCH
                          Senior District Judge